**Dismissed and Opinion Filed August 18, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00592-CR

**MATTHEW KEITH MCBRIDE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-19247-M**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Evans

Matthew Keith McBride was convicted of evading arrest or detention in a motor vehicle. Pursuant to a plea agreement, the trial court sentenced appellant, enhanced by one prior felony conviction, to fifteen years' imprisonment. The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
140592F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MATTHEW KEITH MCBRIDE, Appellant

No. 05-14-00592-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F12-19247-M.
Opinion delivered by Justice Evans, Justices Fillmore and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 18th day of August, 2014.